■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE E. RICHARDS, Appellant. — Appeal from a judgment of the County Court of Fulton County (Best, J.), rendered July 21, 1981, convicting defendant upon his plea of guilty of the crimes of criminal sale of a firearm in the second degree and grand larceny in the third degree. Defendant's primary argument is that he was not guilty of grand larceny in the third degree because he was a victim of entrapment. The record fails to support this contention. Moreover, the defense of entrapment was waived by defendant's guilty plea (*People v Ottomanelli,* 74 AD2d 653). The other contentions raised by defendant have been considered and found to be without merit. Judgment affirmed. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.

■ In the Matter of GEORGE KING, Appellant, v CORRESPONDENCE DEPARTMENT OF CLINTON CORRECTIONAL FACILITY, Respondent. — Appeal from a judgment of the Supreme Court at Special Term (Levine, J.), entered October 9, 1981 in Clinton County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to compel respondent to accept certain letters written by petitioner for mailing. In the instant petition, petitioner contends that respondent improperly refused to mail certain letters he had written to three attorneys. However, petitioner failed to pursue the administrative remedy available to him under section 139 of the Correction Law. Due to this fact, Special Term dismissed the petition, without prejudice to renewal upon exhaustion of administrative remedies. Since petitioner failed even to allege that he has exhausted the available administrative remedy, Special Term's judgment must be affirmed (see *Matter of Patterson v Smith,* 53 NY2d 98). Judgment affirmed, without costs. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.